IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01169-RM-SKC

ANNETTE RIOS; and
THE ESTATE OF SERGIO RIOS,

    Plaintiffs

v.

AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY; and
AMERICAN INTERNATIONAL GROUP, INC.,

    Defendants

## ORDER

    This matter is before the Court on Plaintiffs' Unopposed Motion to Amend Complaint (ECF No. 25), seeking to replace Defendant American General Life and Accident Insurance Company with American General Life Insurance ("AGL"). Upon review of the motion and court record, the Court finds and orders as follows.

    This matter was removed to this court based on diversity jurisdiction among the named parties. (ECF No. 1.) The Court's review of the proposed amended complaint, however, shows it fails to sufficiently allege that diversity jurisdiction exists with AGL as the defendant. On the contrary, Plaintiffs allege only that AGL has a mailing address in Texas and a registered agent in Colorado. (ECF No. 25-1, ¶¶ 3, 6.) Nonetheless, the Court has considered the Notice of Removal and Defendants' affirmative representation in the Notice that AGL is a Delaware corporation with its principal place of business in Texas. (ECF No. 1, ¶ 7.) Accordingly, the Court finds the Notice together with the proposed amended complaint plausibly allege facts establishing

diversity jurisdiction exists. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014) (defendant's notice of removal need only plausibly allege amount in controversy exceeds jurisdictional threshold). Accordingly, it is ORDERED:

(1) That, pursuant to the Stipulation to Dismiss American International Group, Inc. (ECF No. 24), the Clerk shall terminate Defendant American International Group, Inc. from this action;

(2) That the Unopposed Motion to Amend Complaint (ECF No. 25) is GRANTED; and

(3) That, by Monday, November 9, 2020, Plaintiff shall file a clean copy of the Amended Complaint (ECF No. 25-1).

DATED this 6th day of November, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge